# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA
V.

JOSE RIVERA a/k/a
JOSE RIVERA LOPEZ

**WARRANT FOR ARREST**

CASE NUMBER: 05-33-D-M3

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Jose Rivera a/k/a Jose Rivera Lopez_____
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

the illegal use of a Social Security Number.

in violation of Title ____42____ United States Code, Section(s) __408(a)(7)(B)__

Frank J. Polozola
Name of Issuing Officer

United States Chief Judge
Title of Issuing Officer

Signature of Issuing Officer

February 9, 2005, Baton Rouge, Louisiana
Date and Location

By) Deputy Clerk

Bail fixed at $_____ by _____
                                                Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at  _Liberty County, TX_

| DATE RECEIVED 02/09/05 | NAME AND TITLE OF ARRESTING OFFICER Trooper Neault Texas Highway Patrol | SIGNATURE OF ARRESTING OFFICER by Michael D Credo SDUSM M/LA |
|---|---|---|
| DATE OF ARREST 11/09/06 | | |

AO 442 (Rev. 5/85) Warrant for Arrest

FID# 984985