UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA        CRIMINAL NO. 05-33-JJB-DLD

*versus*

JOSE RIVERA
a/k/a JOSE RIVERA LOPEZ

## WAIVER OF SENTENCING DELAYS

I, JOSE RIVERA (a/k/a JOSE RIVERA LOPEZ), the above named defendant, understand that under Federal Rule of Criminal Procedure 32(e)(2), the probation officer must give the presentence report to the defendant, the defendant's attorney, and an attorney for the government at least 35 days before sentencing unless the defendant waives this minimum period.

My attorney has explained the legal delays and the reason for those delays, and having been advised of the consequences of waiving the delays provided under Federal Rule of Criminal Procedure 32, I voluntarily waive or give up the right to have 35 days in which to review the presentence report and ask for sentencing as soon as possible.

Dated this 23 day of March, 2007, at Amite, Louisiana.

JOSE RIVERA
DEFENDANT

JOSEPH K. SCOTT, III
ATTORNEY FOR DEFENDANT